1  Michael N. Feuer, City Attorney (SBN 111529)
2  Michael J. Bostrom, Sr. Assistant City Attorney (SBN 211778)
3  Steven S. Son, Deputy City Attorney (SBN 265921)
   Christopher S. Munsey, Deputy City Attorney (SBN 267061)
4  OFFICE OF THE LOS ANGELES CITY ATTORNEY
   City Hall East, 200 North Main Street, 6th Floor
5  Los Angeles, California 90012
6  Telephone: (213) 978-1863
   Facsimile: (213) 978-2286
7  E-mail: steven.son@lacity.org
8
   Attorneys for Plaintiff,
9  THE PEOPLE OF THE STATE OF CALIFORNIA
10
   (Additional Counsel Listed on Following Page)
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOMEAWAY.COM, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02578-FLA (JPRx)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DECISION ON PEOPLE'S MOTION TO REMAND [DKT. 16-19]**<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>Courtroom 6B |
|---|---|

JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DECISION ON PEOPLE'S MOTION TO REMAND

GIBSON, DUNN & CRUTCHER LLP
Kristin A. Linsley (SBN 154148)
 klinsley@gibsondunn.com
Joseph R. Rose (SBN 279092)
 jrose@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Theane D. Evangelis (SBN 243570)
 tevangelis@gibsondunn.com
Andrew M. Kasabian (SBN 313210)
 akasabian@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
HOMEAWAY.COM, INC.

1 WHEREAS, on March 18, 2022, Plaintiff the People of the State of
2 California ("People") filed a Complaint against Defendant HomeAway.com, Inc.
3 ("Defendant") in the Superior Court of the State of California in and for the County
4 of Los Angeles ("State Court");
5 WHEREAS, on April 18, 2022, Defendant removed this action to the United
6 States District Court for the Central District of California ("Federal Court");
7 WHEREAS, on May 13, 2022, the People filed a Motion to Remand (Dkt.
8 16);
9 WHEREAS, on June 3, 2022, Defendant filed an Opposition to the People's
10 Motion to Remand (Dkt. 17);
11 WHEREAS, on June 17, 2022, the People filed a Reply in support of the
12 Motion to Remand (Dkt. 18);
13 WHEREAS, on June 29, 2022, the Federal Court took the People's Motion to
14 Remand under submission and vacated the hearing (Dkt. 19);
15 WHEREAS, on or around November 15, 2022, the People and Defendant
16 (collectively "Parties") agreed to be bound by and entered into a Settlement
17 Agreement and Release ("Agreement") to resolve their dispute, under which
18 Defendant agreed to pay $150,000 in monetary relief and a compliance plan lasting
19 for a period of three (3) years;
20 WHEREAS, under the Agreement, the Parties have agreed that the trial court
21 shall retain jurisdiction to decide any and all disputes, claims, or controversies
22 between the Parties arising out of, related to, or in connection with the validity,
23 interpretation, application, breach, satisfaction, and/or enforcement of the
24 Agreement; and
25 WHEREAS, notwithstanding the settlement, the Parties request the Federal
26 Court to rule on the People's Motion to Remand, because (1) the Parties cannot
27 stipulate to federal subject matter jurisdiction, (2) the Federal Court has an
28 independent duty to decide federal subject matter jurisdiction, and (3) the filing of a

JOINT NOTICE OF SETTLEMENT AND
REQUEST FOR DECISION ON
PEOPLE'S MOTION TO REMAND

dismissal in Federal Court before the Federal Court decides federal subject matter jurisdiction places the People at risk of being unable to enforce the Agreement, to the extent the Federal Court later declines to find federal subject matter jurisdiction;

THE PARTIES THEREFORE HEREBY JOINTLY REQUEST THAT:

The Federal Court issue a decision on the People's Motion to Remand without further delay, such that: (1) if the Federal Court grants the People's Motion to Remand, the People can submit a Joint Stipulation and [Proposed] Order of Dismissal in the State Court, requesting that court to retain jurisdiction to enforce the Agreement; or (2) if the Federal Court denies the People's Motion to Remand, the People can submit a different form of a Joint Stipulation and [Proposed] Order of Dismissal in the Federal Court, requesting that court to retain jurisdiction to enforce the Agreement.

Date: November 17, 2022            Respectfully submitted,

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By: */s/ Steven S. Son*
    STEVEN S. SON
    Attorneys for Plaintiff,
THE PEOPLE OF THE STATE OF CALIFORNIA

Dated: November 17, 2022           GIBSON, DUNN & CRUTCHER LLP

By: */s/ Kristin A. Linsley*
    KRISTIN A. LINSLEY
    Attorneys for Defendant,
HOMEAWAY.COM, INC.